Lisbeth Duque MOJICA, Petitioner,

v.

Eric H. HOLDER Jr., Attorney General, Respondent.

No. 07–73098.

United States Court of Appeals, Ninth Circuit.

Aug. 10, 2012.

Dario Aguirre, Esquire, Aguirre Law Group, Denver, CO, Michael Franquinha, Aguirre Law Group APC, Phoenix, AZ, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Jeffery R. Leist, Trial, Ernesto Horacio Molina, Jr., Esquire, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, for Respondent.

On Remand from the United States Supreme Court. Agency No. A096–538–353.

Before: ALFRED T. GOODWIN, J. CLIFFORD WALLACE, and WILLIAM A. FLETCHER, Circuit Judges.

## OPINION

PER CURIAM:

Lisbeth Duque Mojica petitions for review of the Board of Immigration Appeals' ("BIA") order upholding an immigration judge's denial of cancellation of removal under 8 U.S.C. § 1229b(a). In our original decision, we relied on *Mercado–Zazueta v. Holder*, 580 F.3d 1102 (9th Cir.2009), to hold that Duque Mojica could impute her father's legal status to herself to meet the five-year lawful permanent residence requirement under 8 U.S.C. § 1229b(a)(1). We therefore granted the petition for review. *Duque Mojica v. Holder*, No. 07–

73098 (9th Cir. Dec. 27, 2010) (unpublished). The Supreme Court granted certiorari, vacated our decision, and remanded for reconsideration in light of *Holder v. Martinez Gutierrez*, — U.S. —, 132 S.Ct. 2011, 2017, 182 L.Ed.2d 922 (2012). *See Holder v. Duque Mojica*, — U.S. —, 132 S.Ct. 2679, 183 L.Ed.2d 42 (2012).

Because *Mercado–Zazueta* is no longer valid precedent on the issue of imputation under 8 U.S.C. § 1229b, *see Sawyers v. Holder*, 684 F.3d 911 (9th Cir.2012) (per curiam), we now reject Duque Mojica's imputation argument making use of her father's lawful permanent residence.

As the parties do not dispute that Duque Mojica, on her own, lacks the requisite lawful permanent residence, we uphold the BIA's decision to deny cancellation of removal.

**DENIED.**